## Swank, Appellant, *v.* Palmer.

Argued October 7, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

reargument refused January 17, 1958.

*James Gregg,* with him *E. O. Golden, Edward J. Steiner* and *Portser, Gregg & Nichols,* for appellant.

*Charles E. Kenworthey, A. M. Simon, Elder W. Marshall* and *Reed, Smith, Shaw & McClay,* for appellee.

OPINION PER CURIAM, November 11, 1957:
The final decree in this case, as modified by the order of May 8, 1957, is affirmed at appellant's costs.